845 A.2d 132

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. JOHN
MARTINI, SR., DEFENDANT–RESPONDENT.

March 30, 2004.

It is ORDERED that the motion for summary disposition of
defendant's appeal (A–10–2003) based on *State v. Fortin,* 178 *N.J.*
540, 843 *A.*2d 974 (2004) is granted, and the March 27, 2003 order
of the Law Division denying defendant's petition for post-convic-
tion relief is affirmed.